1    IRENE K. YESOWITCH  State Bar #111575
     KIM O. DINCEL  State Bar #131563
2    CHIP COX  State Bar #159681
     LONG & LEVIT LLP
3    465 California Street, Suite 500
     San Francisco, CA  94104
4    TEL: (415) 397-2222  FAX: (415) 397-6392
     iyesowitch@longlevit.com
5    kdincel@longlevit.com
     chipc@longlevit.com
6
     Attorneys for Plaintiffs
7    JON PHELPS, ESTHER PHELPS and
     HEARTWORKS STUDIOS, LLC
8
9    DUANE C. MUSFELT State Bar #72058
     MICHAEL K. JOHNSON State Bar # 130193
10   LEWIS BRISBOIS BISGAARD & SMITH LLP
     One Sansome Street, Suite 1400
11   San Francisco, California 94104
     TEL: (415) 362-2580 FAX: (415) 434-0882
12   musfelt@lbbslaw.com
     johnsonm@lbbslaw.com
13
     Attorneys for Defendant
14   LEXINGTON INSURANCE COMPANY

15              UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18   JON PHELPS, ESTHER PHELPS and<br>19   HEARTWORKS STUDIOS, LLC, | CASE No. C 06 7181 SC |
| 20             Plaintiffs, | **STIPULATION AND [PROPOSED]**<br>**ORDER TO STAY LITIGATION** |
| 21    vs. | |
| 22   LEXINGTON INSURANCE<br>     COMPANY, | |
| 23             Defendant. | |

24

25        Plaintiffs Jon Phelps, Esther Phelps and Heartworks Studios, LLC and defendant

26   Lexington Insurance Company (collectively "the Parties") stipulate and agree as follows:

27        WHEREAS, the Parties are defendants in a separate action captioned *Royse v. Pacific Gas*

28   *& Electric Co.*, Humboldt County Superior Court Case No. DR 050078; and

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1    WHEREAS, plaintiffs filed this action for reformation concerning a policy of insurance

2  issued by defendant; and

3    WHEREAS, resolution of the *Royce* litigation may render this action moot; and

4    WHEREAS, in the interests of judicial economy and conserving resources, the Parties

5  agree that a stay of this action is desirable; and

6    WHEREAS the facts and evidence relevant to this action have been sufficiently identified,

7  and any subsequent factual discovery will not likely be prejudiced by a stay of this action;

8    THEREFORE, Plaintiffs Jon Phelps, Esther Phelps and Heartworks Studios, LLC and

9  defendant Lexington Insurance Company stipulate and agree:

10    1.    The litigation of this action shall be stayed until a final Judgment is entered by the

11  Humboldt County Superior Court in *Royse*;

12    2.    The trial date in this matter of January 28, 2008, and all other pending hearings

13  dates and deadlines should be vacated;

14    3.    Any further discovery or other litigation in this matter shall be stayed, until the

15  stay is lifted by Order of the Court;

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

(No. C 06 7181 SC)

STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION

1        4.      The parties shall report the status of *Royse* and their recommendations regarding

2    this action to the Court by April 30, 2008.

3    Dated: November 27, 2007                    LONG & LEVIT LLP

4

5                                               By    *Chip Cox*

6                                               CHIP COX
                                                Attorneys for Plaintiffs
7                                               JON PHELPS, ESTHER PHELPS and
                                                HEARTWORKS STUDIOS, LLC

8
                                           30,
9    Dated: November 27, 2007                   LEWIS BRISBOIS BISGAARD &
                                                SMITH LLP

10

11                                             By   *Duane C. Musfelt*

12                                             DUANE C. MUSFELT
                                               Attorneys for Defendant
13                                             LEXINGTON INSURANCE
                                               COMPANY

14

15   IT IS SO ORDERED

16

17   Dated: November ___, 2007

18

19

20

21   DOCS\S6555-004\529028.V1

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
*Samuel Conti*
Judge Samuel Conti
12/5/07

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3                                              (No. C 06 7181 SC)

STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION