IRENE K. YESOWITCH  State Bar #111575
KIM O. DINCEL  State Bar #131563
CHIP COX  State Bar #159681
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392
iyesowitch@longlevit.com
kdincel@longlevit.com
ChipC@longlevit.com

Attorneys for Plaintiffs
JON PHELPS, ESTHER PHELPS and
HEARTWORKS STUDIOS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JON PHELPS, ESTHER PHELPS and HEARTWORKS STUDIOS, LLC, Plaintiffs, vs. LEXINGTON INSURANCE COMPANY, Defendant. | CASE No. C 06 7181 SC<br><br>**STIPULATION OF DISMISSAL** |
|---|---|

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 (No. C 06 7181 SC)

STIPULATION OF DISMISSAL

1  Plaintiffs Jon Phelps, Esther Phelps and Heartworks Studios, LLC and defendant
2  Lexington Insurance Company stipulate and agree that this action is dismissed without prejudice
3  under Rule 41(a)(1).

4  Dated: December 7, 2007                         LONG & LEVIT LLP

6                                          By     /s/ Chip Cox
7                                                 CHIP COX
                                                  Attorneys for Plaintiffs
8                                                 JON PHELPS, ESTHER PHELPS and
                                                  HEARTWORKS STUDIOS, LLC

10  Dated: December 7, 2007                        LEWIS BRISBOIS BISGAARD &
11                                                 SMITH LLP

13                                          By     /s/ Duane C. Musfelt
                                                   DUANE C. MUSFELT
14                                                 Attorneys for Defendant
                                                   LEXINGTON INSURANCE
15                                                 COMPANY

17  DOCS\S6555-004\542693.V1

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                                           (No. C 06 7181 SC)

STIPULATION OF DISMISSAL